UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| Versus | NO. 00-00017 |
| JAMES R. RESPERT | SECTION "F" |

<u>ORDER AND REASONS</u>

Before the Court is the defendant's motion to be placed in home confinement for the remaining twelve months of his prison sentence. Defendant cites the need to care for his mother, who recently suffered a stroke, as well as his vocational development and religious growth while in prison as reasons for his request.

Petitioner submits no legal authority to support his motion.[1] Construing his request broadly, the Court finds that the defendant's reasons for his request to modify his sentence are not recognized under either Federal Rule of Criminal Procedure 35, or 18 U.S.C. Section 3582.

Accordingly, IT IS ORDERED: the defendant's motion is DENIED.

---

[1] Petitioner cites to 29 C.F.R. Section 825.116(a) and <u>Gradilla v. Ruskin MFG</u>, 320 F.3d 958 (9th Cir. 2003) for the proposition that the need to care for sick family members justifies a modification of a prison sentence. The cited C.F.R. section, however, no longer exists. Moreover, it appears in a section of the Code of Federal Regulations dealing with the Family and Medical Leave Act, which is inapplicable to the defendant's situation. <u>Gradilla</u> is equally inapplicable, as it deals with a non-incarcerated employee's right to take family and medical leave to care for a family member.

New Orleans, Louisiana, November 9, 2011

_____
         MARTIN L. C. FELDMAN
     UNITED STATES DISTRICT JUDGE